# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2506

Christopher L. Samuels

    Plaintiff - Appellant

v.

Twin Rivers

    Defendant - Appellee

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:23-cv-00107-JM)

**JUDGMENT**

Appellant has not responded to the court's order entered August 28, 2024. It is hereby ordered that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

Mandate shall issue forthwith.

                                            September 30, 2024

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Sep 30, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

    /s/ Maureen W. Gornik